Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
*Attorney for Plaintiff*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART SCHNELL, individually and on behalf of all others similarly situated, <br> Plaintiff, <br> vs. <br> ADVANCED CALL CENTER TECHNOLOGIES, LLC, AND DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM <br> Defendant. | Case No. **2:17-CV-001187-AB-CFE** <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, **STUART SCHNELL**, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: February 5, 2018

_____
Honorable Judge André Birotte Jr.
United States District Judge